Otto **CARROLL,** Movant, v. **COMMONWEALTH** of Kentucky, Opposed.

Court of Appeals of Kentucky

September 24, 1946.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, for the Commonwealth.

William A. Hamm for movant.

PER CURIAM.

Motion for appeal denied. Judgment affirmed.